**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Tammy Nobles | § | |
| | § | |
| *versus* | § | Civil Action 4:25−cv−00343 |
| | § | |
| United States of America | § | |

# Recusal Order

1.      I stand recused in this case.

2.      Deadlines in scheduling orders subsist. Court settings are vacated.


Signed on August 4, 2025, at Houston, Texas.


_____

David Hittner
United States District Judge