# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| TAMMY NOBLES, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION No. 4:25-cv-343 |
| § | |
| UNITED STATES, § | |
| § | |
| Defendant. § | |

## UNOPPOSED MOTION TO STAY IN LIGHT OF LAPSE OF APPROPRIATIONS

The United States of America hereby moves for a stay of litigation, including oral argument scheduled for October 15, 2025, in the above-captioned case. Counsel for the United States conferred with counsel for Plaintiff as to the substance of this request and Plaintiff will not oppose this motion.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the Department of Homeland Security and the Department of Health and Human Services. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited

circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of litigation, including the oral argument scheduled for October 15, 2025, until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations—i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of litigation, including oral argument scheduled for October 15, 2025, in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated:     October 1, 2025

> BRETT A. SHUMATE
> Assistant Attorney General
> Civil Division
>
> DEBRA R. COLETTI
> Acting Deputy Director, Torts Branch
>
>  s/ Stephen R. Terrell

STEPHEN R. TERRELL (CA Bar No. 210004)
Fed. ID No. 3906717
Attorney
U.S. Department of Justice
Civil Division, Torts Branch
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Tel:   (202) 353-1651
Fax:   (202) 616-5200
Stephen.Terrell2@usdoj.gov

*Attorneys for Defendant United States of America*

## CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and not a party to this action.  On October 1, 2025, I uploaded the attached document to the Court's CM/ECF System which will automatically accomplish service through the Notice of Electronic Filing on the following individuals:

Brian E. Claypool
The Claypool Law Firm
4 E. Holly St., Suite 201
Pasadena, CA  91103
*brian@claypoollawfirm.com*

Daniel L. Cox
The Cox Law Center, LLC
P.O. Box 545
Emmitsburg, MD  21727
*dcox@coxlawcenter.com*

*Counsel for plaintiff.*

Dated:       October 1, 2025

      s/ Stephen R. Terrell
      STEPHEN R. TERRELL