Case 4:25-cv-00343   Document 57   Filed on 10/01/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 02, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TAMMY NOBLES, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION No. 4:25-cv-343 |
| UNITED STATES, | § | |
| Defendant. | § | |

## ORDER STAYING LITIGATION

Before the Court is the United States' unopposed motion to stay litigation in light of lapse of appropriations. ECF 56. Upon review of the same, and for good cause show, the motion is GRANTED.

1. This litigation is STAYED until further order of the Court; and

2. Counsel for the government shall notify the Court upon restoration of funding.

IT IS SO ORDERED.

SIGNED at Houston, Texas on this the 1st day of October, 2025.

_____
Keith P. Ellison
United States District Judge

1