UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TAMMY NOBLES, as an individual, and | ) | |
| As the successor in interest to and | ) | |
| representative of the | ) | CIVIL ACTION No. 4:25-cv-343 |
| Estate of KAYLA HAMILTON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| United States of America, | ) | |
| Defendant. | ) | |

---

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs, Tammy Nobles, et al, appeal to the United States Court of Appeals for the Fifth Circuit from the Memorandum and Order entered in this action on March 31, 2026, granting Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. 63), and from the final judgment entered thereon on April 6, 2026. Plaintiffs further appeal from the minute entry order of Court dated September 12, 2025 and entered on the docket on September 15, 2025 granting defendant's motion to stay discovery.

Respectfully submitted,

Respectfully submitted,
CLAYPOOL LAW FIRM
By:____/s/________________________
Brian E. Claypool
4 E. Holly Street, Suite 201
Pasadena, CA 91103

Ph: 626-602-1333
E-mail: brian@claypoollawfirm.com

THE COX LAW CENTER, LLC
By:____/s/______________________
Daniel L. Cox, Southern District of Texas Federal ID No. 3906405
P.O. Box 545
Emmitsburg, MD 21727
Ph: 410-254-7000
Fx: 410-254-7220
E-mail: dcox@coxlawcenter.com
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

This is to certify that on this 28th day of May, 2026, a copy of the foregoing was served on counsel of record via CM/ECF.

_/s/______________________________
Daniel L. Cox